UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELLA MARIE McGARY,

      Plaintiff,

v.                           CASE No. 8:08-CV-1525-T-27TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____

## ORDER

THIS CAUSE came on for consideration upon the Defendant's Motion to Dismiss Plaintiff's Complaint As Untimely (Doc. 14) and the plaintiff's response thereto (Doc. 15).

This is an action in which the plaintiff seeks judicial review of the Commissioner's decision to deny the plaintiff's claim for Social Security disability benefits (Doc. 1). The Commissioner contends, however, that the plaintiff's complaint should be dismissed because it was untimely filed (Doc. 14, p. 1). The plaintiff argues in response that administrative error resulted

in an untimely filing and therefore, justifies equitable tolling of her claim (Doc. 15, p. 2). The Commissioner was given twenty days in which to file a reply to the plaintiff's response (Doc. 16). However, no reply was filed.

Pursuant to 42 U.S.C. 405(g), a party seeking judicial review of a final decision of the Commissioner must commence a civil action within sixty days after notice of the decision. In this case, the Appeals Council denied further administrative review on September 13, 2007. The Commissioner asserts that the plaintiff did not file an action until August 7, 2008 (Doc. 14, p. 4). However, the plaintiff contends that an appeal was properly and timely mailed on October 31, 2007, but that the complaint was not formally filed or docketed due to administrative error (Doc. 15, p. 1). Moreover, the record indicates that the Clerk received certified mail from the plaintiff, allegedly her complaint, on November 1, 2007 (Doc. 1, p. 4). The Commissioner has not disputed the plaintiff's contentions that the Clerk received the complaint on November 1, 2007, well within the filing deadline, or the plaintiff's claim of administrative error.

The plaintiff contends that she has demonstrated extraordinary circumstances to justify equitable tolling (Doc. 15, p. 2). Equitable tolling is

appropriate to extend the time for filing a Social Security lawsuit in extraordinary circumstances. See Bowen v. City of New York, 476 U.S. 467, 480 (1986). In this case, the reasons presented by the plaintiff for the untimely filing of her complaint justify the equitable tolling of the limitation period. Notably, the Commissioner has made no argument to the contrary.

It is, therefore, upon consideration

ORDERED:

That the Defendant's Motion to Dismiss Plaintiff's Complaint As Untimely (Doc. 14) be, and the same is hereby **DENIED.** The defendant shall therefore file his answer, along with the administrative transcript, within sixty (60) days from the date of this Order.

DONE and ORDERED at Tampa, Florida, this 6th day of January, 2009.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

3